USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JERRICK CONEY,
                Plaintiff,

   -against-

CITY OF NEW YORK, PATRICK
RIORDAN, AHMED ABDALLA and JOHN OR
JANE DOE 1-10, individually and in their official
capacities as police officers,

                Defendants.
------------------------------------------------------------------X

**ORDER**
19 CV 3951 (LAK) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Please be advised that the case management conference scheduled for December 4, 2019, at

10:30 a.m., in the above captioned case shall be held on that date in **Courtroom 20A, 500 Pearl Street,**

**New York, New York .**

Dated: New York, New York
          December 3, 2019

SO ORDERED:
_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE