# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 201
Bayside, New York 11361
Tel:  (718) 281-0400
Fax:  (718) 631-2700

**Via ECF**                                                                                                December 3, 2019

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
United State Courthouse
40 Foley Square
New York, New York 10007

       Re:   <u>Jerrick Coney v City of New York, et al.</u>
            Docket No. 19-cv-3951(LAK) (KNF)

Your Honor,

    Plaintiff is pleased to inform the Court that plaintiff, Jerrick Coney, has today accepted defendants' Rule 68 Offer of Judgment, in the amount of $10,000.01.

    Plaintiff apologizes for the late notice to the Court and inconvenience it may cause, as plaintiff is aware that an initial conference is presently scheduled to take place tomorrow, before Your Honor.

    Plaintiff respectfully requests that the Court advise the parties, as to the Court's preference regarding the parties' attendance at tomorrow's conference, or as to any other manner the Court would like the parties to proceed.

    Thank you for your consideration of the above.

                                                    Respectfully submitted,

                                                    /s/ Samuel C. DePaola_____
                                                    Samuel C. DePaola, Esq.
                                                    Attorney for Mr. Coney
                                                    sdepaola@simdepaola.com

CC: James Jimenez, Esq.
     Attorney for defendants