UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JERRICK CONEY,

                                        Plaintiff,

                -against-                                        19-cv-3951 (LAK)

CITY OF NEW YORK, et al.,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This action was settled as between the plaintiff and all of the identified, named
defendants.  It is dismissed as against all "Doe" defendants for lack of prosecution.  The Clerk
shall close the case.

        SO ORDERED.

Dated:        April 13, 2022

                                        _____
                                        Lewis A. Kaplan
                                        United States District Judge